# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

RECEIVED

OCT 1 0 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE Division

|  |  |
|---|---|
| MICHAEL VAN DOBBS | ) Case No. _____ |
| _____ | ) |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |
| -v- | ) ) ) ) |
| CHAD YOUKER, ET AL | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MICHAEL VAN DOBBS

All other names by which you have been known:

ID Number: # 15

Current Institution: WILLIAMSON COUNTY JAIL

Address: 408 CENTURY CT

FRANKLIN | TN | 37064
City | State | Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: CHAD YOUKER

Job or Title (if known): CAPTAIN

Shield Number:

Employer: WCSO

Address: 408 CENTURY CT

FRANKLIN | TN | 37064
City | State | Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 2

Name: DEPUTY BURDICK

Job or Title (if known):

Shield Number:

Employer: WCSO

Address: 408 CENTURY CT

FRANKLIN | TN | 37064
City | State | Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 3

Name      DEPUTY MATHIS

Job or Title *(if known)*

Shield Number

Employer      WCSO

Address

| City | State | Zip Code |
|---|---|---|

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name      DEPUTY FAIRCHILD

Job or Title *(if known)*

Shield Number

Employer      WCSO

Address

| City | State | Zip Code |
|---|---|---|

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

TCA 41-21-211, CRUEL & UNUSUAL PUNISHMENT, RELIGOUS FREEDOM

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant 5

name - Deputy Crow

Job Title Deputy

Employer WCSD

address - 408 century Ct. Franklin, Tn. 37064


Defendant 6

name - Deputy Perry

Job Title - Deputy

Employer - WCSO

Address - 408 century Ct. Franklin, Tn. 37064

Defendant 7

name - Sgt. Fearing

Job-Title - Sgt.

Employer - WCSO

address - 408 century Ct. Franklin, Tn. 37064

Defendant 8

name - Lt. Gray

Job Title - Lt.

Employer - WCSO

address - 408 century Ct.

Defendant 9

name - Lt. Obermyer

Job Title - Lt.

address - 408 century Ct. Franklin, Tn. 37064

Defendant 10
name - Lt.Lindquist
Job Title - Lt.
employer - WCSO
address - 408 Century Ct. Franklin, Tn.

Defendant 11
name - Lt. Driskill
Job title - Lt
employer - WCSO
address - 408 Century Ct. Franklin

Defendant 12
name - Deputy Redman
Job Title - Deputy
employer - WCSO
address - 408 Century Ct. Franklin, Tn. 37064

Defendant 13
name - Deputy Wilson
Job Title - Deputy
employer - WCSO
address - 408 Century Ct. Franklin Tn. 37064

Defendant 14
name - Deputy O'Brien
Job Title - Deputy
Employer - WCSO
address - 408 Century Ct. Franklin, Tn. 37064

Defendant 15
name - Deputy Varni
Job Title - Deputy
Employer - WCSO
address - 408 Century Ct. Franklin, Tn. 37064

Defendant 16.
name - Deputy Bedford
Job Title - Deputy
Employer - WCSO
address - 408 Century Ct. Franklin, Tn. 37064

Defendant 17
name: - Deputy Fox
Job Title - Deputy
employer - WCSO
address: 408 Century Ct. Franklin, Tn. 37064

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EACH DEFENDANT WORKS AT WILLIAMSON COUNTY SHERIFFS OFFICE VIOLATED TCA 41-21-211, DENIED ACCESS TO BIBLE & FREEDOM OF RELIGION

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

WILLIAMSON COUNTY JAIL, FLOOR TWO, POD 671-618-644-314 ON JANUARY 18, 2025 AT 8:30 AM - GRIEVENCE ID# 906 645

C. What date and approximate time did the events giving rise to your claim(s) occur?

JAN 18, 2025    8:30AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

WCSO DEPUTIES SEIZED MY BIBLE & PREVENTED ME FROM PRACTICING MY RELIGION FOR MONTHS, OUT OF RETALIATION.

LARRY DILLON NALLS WAS ALSO EFFECTED MY THE SEIZURE OF RELIGIOUS MATERIAL (BIBLE). ALECZE CUMMINGS HAS HIS PRAYER RUG, KOOFIE, AND QURAN SEIZED.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NO PHYSICAL INJURIES WERE SUSTAINED, HOWEVER THE INTENTIONAL INFLICTION OF MENTAL ANGUISH RESULTED IN EMOTIONAL DISTRESS

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE THE COURT TO ENFORCE TCA 41-21-211 & THE US CONSTITUTION ALLOWING ACCESS TO THE BIBLE & THE ABILITY TO PRACTICE RELIGION. DAMAGES TOTALING $25,000,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WILLIAMSON COUNTY JAIL

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

DENIAL OF BIBLE, RELIGIOUS MATERIAL, RETALIATION

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

ON THE KIOSK

2.      What did you claim in your grievance?

I CLAIMED MY BIBLE WAS SEIZED IN VIOLATION OF STATE LAW & US CONSTITUTION.

3.      What was the result, if any?

MY CLAIM WAS DENIED, "UNSUBSTANTIATED" & "NEUTRAL"

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I APPELED THE DECISION, AND PROCESS IS COMPLETE TO THE HIGHEST LEVEL OF THE GRIEVANCE PROCESS, CAPTAIN CHAD YOUKER

F.　　If you did not file a grievance:

　　　1.　If there are any reasons why you did not file a grievance, state them here:

　　　2.　If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.　　Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SEE ATTACHMENT

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 | 27 | 25

| | |
|---|---|
| Signature of Plaintiff | *Mdal Va Dobbs* |
| Printed Name of Plaintiff | MICHAEL VAN DOBBS |
| Prison Identification # | # 15 |
| Prison Address | 408 CENTURY CT |

| | | |
|---|---|---|
| FRANKLIN | TN | 37064 |
| City | State | Zip Code |

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |

| | | |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| Telephone Number | |
| E-mail Address | |

ID: 990112

Date added: 8/30/25

Subject: Bibles - Tablet:

Grievance: on 8-29-25 @ 10:00 pm deputy Redman - deputy Wilson come through and took all tablets, i personaly ask for a Bible and deputy Wilson's responce was ask next shift, so as the next shift was doing count I ask deputy Fox for a Bible and he said that he would see if they had any back here, his body cam was on and that was at 10:20 pm. On the next walk through approx. 30 minutes later we ask about a Bible and there response was they couldn't find any. Then on the next walk-through they said that paperback Bibles was for lock-down inmates only. It's against our civil rights to not have a Bible whenever we want to read and study it. This is the 3rd time this has happened this year

Response Notes: The tablets are taken at night now. Lt. Driskill

ID: 990449

Date added: 8-31-25

subject: Bibles - Tablets

Grievance: on 8-30-25 @ 9:30 pm deputy vern, deputy Bedford came and locked the tablets up which once again our Bibles are located on. Thats the only Bible we have and this is against our civil rights for us not to have a Bible

Response Notes: Yes, when lockdown begins we will not have tablets out anymore. -Lt. Driskill

ID: 992052

Date added: 9-3-25 4:06pm

subject: Apparel Bible - Tablets

Grievence: This is problematic pursuant to TCA Code 41-21-211 which requires me to have access to a Bible at all times. If required I can take this up with your attorneys or file a emergency injunction in federal court. I hope we can resolve this issue without taken drastic measures. God Bless

Responce Notes: Sir, we furnish an electronic form of the Bible to you during dayroom hours. Again we have removed the tablets at night due to security issues and them causing issues with people sleeping. I am researching this more in depth now, but this will remain the same until I am advised other wise. -Capt. C. Youker

ID: 1004942
date added: 10-1-25 @ 9:22 pm
subject: Cpt. Youker
Grievence: I need a copy of my Inmate
trustfund account. Thanks God Bless.

I filed a grievence about this matter on 9/26/25
asking for this and Dn 10-1-25 it was deleted
without a response

ID: 9066645

Date added: 02-09-2025 @ 11:55 Am

Subject: Religious Complaint.

Grievance: On 1-18-25 they had a facility shakedown around 8:30 a.m. and they seized everybody's Bible and told ALL inmates that the Bible was on the tablet. On 2-8-25 @ 8:28 pm Deputy O'Brien came around and took everybody's tablet so we had no access to any Bible, Deputy O'Briens body cam was on, Deputy O'Brien said Lt. Lovelace said that All tablets had to be picked up. At 8:58 pm on 2-8-25 deputy Burdick was doing a walk through and my roommate Larry Nalls ask deputy Burdick if we could recieve a paperback Bible due to the fact that we no longer had access to one and he said that he would go check with Lt. Lovelace, and after deputy Burdick said that he would have to check with Lt. Lovelace my roommate Larry Nalls told deputy Burdick that if we couldn't recieve a Bible that we would like to file a grievance, deputy Burdick said that we could file a grievance anytime that we wanted to, deputy Burdick's body cam was on. Then at 9:30 pm on 2-8-25 deputy Burdick was doing another walk through and my roommate Larry Nalls ask him about the Bible again and he said that Lt. Lovelace said no to getting ya'll a Bible so mr. Nalls said that we need to file a grievance and he refused to let us at that time and told us that we could do it when come off lockdown in the morning deputy Burdick's body cam was on. This is me advising you that this is my First Amendment right

Notes: You have the right to file a grievance as is evident by this grievance, religious material is on the tablets and accessible at various times. Lt. OB

Ⓓ

ID:930295

Date added: 4-9-25 @ 1:56 pm

subject: Appeal: religious complaint = "ID:906645",

Grievance: Cpt. Youker

Notes: Sir I am looking into the Bible issue. This was an oversite on our end when we implemented the digital religious material on the tablets. Also if you do not have a tablet, grievance's can be filed at the next appropriate time that the day room is open and you have access to the grievance system. If there is an emergency issue then you need to address with the deputy or the shift supervisor. The Grievance system is not meant to handle emergency situations. Cpt. C. Youker

ID: 926256

Date added: 3-30-2025 @ 12:26 pm

Subject: Religion / Tablets

Grievance: I am filing this grievance because they took our tablets on 3-29-25 at 5:38 pm, which is in violation of our civil rights because our Bibles are on the tablets. Deputy mathis also refused to let us file a grievance. This has happened on 3 different occasions it's not right because our Bibles are on the tablets. The deputy's involved was mathis, Feirchild, Crow, and Perry, and Sgt Fearing and Lt. Gray approved for them to take the tablet and they said that they are a privilege which I agree but for us not to have a Bible is against our constitutional rights. Can you please get this taken care of. Thank you God Bless

Status Resolved unsubstantiated

Notes: you are able to view religious material on the Kiosk and Tablets. Lt. Linquist.

ID: 933628

Date added: 4-17-2025 @ 5:24 pm

Subject: Appeal: religion - Tablets

Grievance: Cpt. Youker

Status Neutral

Notes: I am looking into this. - Cpt. C. Youker

"Request"

ID: 5603255

Date added: 06-02-2025 @ 3:51 pm.

subject: Lt. Driskill

Request: I talked to you today about getting a copy of my grievance's and appeal's, I don't mind having to pay for the copy's. I Just need paper copy's. Thank you for your time. God Bless.

Notes: Cpt. Younker has informed me that we do not provide this. Lt. Driskill

ID: 5563680

ate Added: 05-14-2025 @ 3:49 pm

subject: T-Payne

Request: Can you get me a copy of my grievance's and appeal's? Thanks

Notes: They are on the Kiosk's & Tablets for you to review. -Lt. Driskill



Michael Van Dobbs
408 Century Ct
Franklin, Tn. 37064

LEGAL MAIL

Clerk US District Court
719 Church St. Suite 1300
Nashville, Tn. 37203

RECEIVED
OCT 10 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Case 3:25-cv-01172   Document 1   Filed 10/10/25   Page 23 of 24 PageID #: 23

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office