| | | |
|---|---|---|
| **MICHAEL VANN DOBBS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01172** |
| **v.** | ) | **District Judge Campbell** |
| | ) | **Magistrate Judge** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF CHAD YOUKER
IN SUPPORT OF RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Chad Youker, being first duly sworn deposes and says:

1. I am over the age of eighteen (18), have personal knowledge of the facts set forth below, and am competent to testify. The statements in this Affidavit are true to the best of my knowledge and belief.

2. I am a Captain in the Detention Division of the Williamson County Sheriff's Office.

3. Plaintiff was booked into the Williamson County Jail on September 13, 2024.

4. The Williamson County Jail implemented a program in December 2024 where inmates were provided with tablets (portable touchscreen electronic devices) for their use while housed in the jail. Inmates can use the tablets to send and receive emails and text messages, file grievances, send requests, access religious materials and a law library, order commissary, participate in video visitation, access premium content (movies, tv, games), get program information, reference the inmate handbook and other facility information, and other tasks. Before the tablets were issued, inmates accomplished those tasks using shared kiosks in the pod or dayroom areas. Now, each

1

inmate has a tablet for his or her personal use.

5.   The tablets contain over fifteen religious texts that are free to inmates, including different versions of the Bible.  Prior to distributing the tablets, inmates were given paper copies of the Bible (or other religious text of their choosing) to keep in their cells.

6.   In the jail, it is desirable to reduce the amount of paper that inmates have in their cells for several reasons:  books and papers can be used to hide contraband, they present fire safety concerns, inmates use books and paper to cover lights, windows, or cameras, they can be used to clog toilets or as makeshift weapons or armor in the event of a riot or other disturbance.  In the interest of jail security and the safety of all inmates and staff, we limit the volume of books and papers permitted in the cells.  Previously, inmates were permitted to have two books in their cell in addition to a religious text.  The distribution of the tablets containing religious texts provided an opportunity to remove paper versions of religious texts that had been provided by the jail from inmates' cells.  Inmates who do not have access to a tablet due to a loss of privileges or other reasons are provided a paper copy of the religious text of their choosing, upon request.  Inmates with tablet access are still permitted to have two books of their choosing in their cells and can choose religious texts if they wish.

7.   Books, including religious texts, can be purchased by the inmate or a family member/friend of the inmate from a list of approved sources with certain limitations (for example, must be paperback and under a certain size).

8.   On multiple occasions throughout the course of his current incarceration, Plaintiff received books, including religious materials, that were ordered by him or by his family for him.

9.   When the tablets were first distributed, inmates were permitted to access them 24 hours

2

a day, seven days a week.

10. In the months that followed, jail staff received numerous complaints from inmates that the noise and light from other inmates' tablets during the night disturbed their sleep. Following a groundswell of complaints, the decision was made to remove the tablets from inmates' possession during sleeping hours. That change was implemented in late August 2025.

11. The tablets are distributed to inmates each morning around 7:00 or 8:00 a.m. Inmates have access to them all day, including the free religious materials. The tablets are collected around 8:30 or 9:00 p.m. and stored overnight until they are redistributed the following morning. Therefore, inmates have the tablet with access to free religious texts for more than twelve hours each day.

12. Following receipt of the Court's November 25, 2025 Order, the jail again supplied inmates with paper copies of the Bible (or other religious texts). As explained above, the additional books and paper present certain security and safety concerns, but out of an abundance of caution, the jail will continue to allow access to those paper copies pending further orders of this Court, and will of course comply with any order this Court ultimately enters regarding the provision of such.

13. Plaintiff has access to the tablet containing multiple versions of the Bible for over 12 hours a day. He also has access to a paper Bible.

FURTHER AFFIANT SAITH NOT.

Chad Youker

3

STATE OF TENNESSEE          )
COUNTY OF WILLIAMSON        )


Sworn to and subscribed before me this 2nd day of January, 2026.

_Vickie G Pittenger_
Notary Public

My Commission Expires:  1-31-26

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN  37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 2nd day of January 2025 to:

Michael Vann Dobbs, #15
Williamson County Jail
408 Century Court
Franklin, TN 37064


/s/Lee Ann Thompson

4