RECEIVED

JAN 0 9 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

MICHAEL VAN DOBBS

V                                    CASE #3:25-CV-01172

CHAD YOUKER

## MOTION TO INTERVENE

COMES NOW, NON-PARTY PLAINTIFF, ROBERT C. GORDON HEREBY MOVES THIS COURT PURSUANT TO FRCP 24 TO INTERVENE IN THIS ACTION/CLASS ACTION. FRCP 24 (A)(1) "INTERVENTION OF RIGHT, ON TIMELY MOTION, THE COURT MUST PERMIT ANYONE TO INTERVENE WHO: (1) IS GIVEN AN UNCONDITIONAL RIGHT TO INTERVENE BY FEDERAL STATUTE. (B) HAS A COMMON CLAIM WITH MAIN ACTION OF LAW; FACT

## GROUNDS

HERE THE GROUNDS ARE BASED ON VIOLATION OF FREE-EXERCISE, RLUIPA, TCA 41-21-211, AND 1983 CLAIM, AND RETALIATION

## PLEADING OF CLAIMS

ON 1/18/25 THE DEFENDANT BANNED ALL BIBLES. I FILED A GRIEVANCE & APPEALED THE GRIEVANCE ON 1/18/25 & 1/25/25. MY CLAIMS ARE THE EXACT SAME TO PLAINTIFF VAN DOBBS AS HE IS HOUSED WITH ME. INTERVENTION IS SOUGHT TO REDUCE NEEDLESS DUPLICATE LITIGATION. MY RIGHTS WERE DENIED PURSUANT TO THE FREE-EXERCISE CLAIM, RLUIPA, TCA 41-21-211 AND 1983, RETALIATION. MY RELIGIOUS BELIEFS ARE SINCERE & DEEDLY HELD WHICH REQUIRE THE BIBLE.

<u>PRAYERS FOR RELIEF</u>

1) THAT THIS COURT ALLOW FOR INTERVENTION AS FEDERAL STATUTE & COMMON CLAIM OF MAIN ACTION OF LAW & FACT

2) FOR ALL OTHER RELIEF DEEM PROPER

RESPECTFULLY

Robert C. Gordon

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY A TRUE & EXACT COPY WAS SENT VIA US MAIL ON 12/19/25 TO DEFENDANT & PLAINTIFF AT 408 CENTURY CT FRANKLIN, TN 37064

Robert Gordon
408 CENTURY CT
FRANKLIN, TN 37064

<u>AFFIDAVIT</u>

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

I, ROBERT GORDON, CERTIFY UNDER OATH & PENALTY OF PERJURY ALL TRUE & CORRECT AND OVER AGE 18

1) I AM AN INMATE AT WCSO & ALL RELIGIOUS BOOKS WERE SEIZED ON 1/18/25

2) I FOLLOWED & APPEALED THE INTERNAL GRIEVANCE PROCESS PER RLRA RULES

3) I WISH TO INTERVENE & JOIN THIS CLASS ACTION

4) I AM IN FEAR FOR MY SAFETY & WELL BEING FROM RETALIATION FOR JOINING THIS COMPLAINT

5) MY RELIGIOUS BELIEFS ARE SINCERE & DEEPLY HELD

RESPECTFULLY

ROBERT C. GORDON

Robert C. Gordon
#65920
408 Century CT
Franklin, TN 37064

NASHVILLE TN 370

6 JAN 2026   PM 3 L

FOREVER / USA

RECEIVED

JAN 09 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT CLERK
719 CHURCH ST #1300
Nashville, TN 37203

37203-709525

Case 3:25-cv-01172   Document 32   Filed 01/09/26   Page 4 of 5 PageID #: 253

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

© USPS 2022

LEGAL