**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL VAN DOBBS, #15, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-1172 |
| | ) | Judge Trauger |
| CHAD YOUNKER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 28, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 60), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's two Motions for Class Certification (Doc. Nos. 27, 31) are DENIED.

This case is returned to the Magistrate Judge for further handling under the original referral order.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE