9-10-26

US District Court of middle Tennessee Nashville division

michael Van Dobbs #15

v

Case # 3:25-CV-01172

Chad Youker

RECEIVED
SEP 18 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

replyind to defendents motion to Dismiss

Comes now Plaintiff Michael Van Dobbs replying to defendent Chad Youker's motion to dismiss. I object and disagree to the defendents motion.

Respectfully,
Michael Van Dobbs
Michael Van Dobbs

Certificate of service

I hereby certify that a true & Exact copy was sent via US mail on 9-10-26 to Lee Ann Thompson at 4068 Rural plains Circle suite 100, Franklin, Tn. 37064

Respectfully
Michal Van Dobbs
Michael Van Dobbs

Michael Van Dobbs #15
408 Century Court
Franklin, Tn. 37064

RECEIVED
SEP 18 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
15 SEP 2026 PM 6 L




Clerk, Us. District Court
719 Church street suite 1300
Nashville, Tn. 37203

37203-709525

LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022